**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00214-CR

### ANTHONY TERRENCE SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-71255-V**

## ORDER

Appellant's brief was originally due May 29, 2014. On August 4, 2014, this Court adopted the trial court's findings that appellant is indigent and desires to pursue the appeal and that counsel William Barr represented to the trial court that appellant's brief would be filed by August 18, 2014. We ordered that appellant's brief be filed by August 18, 2014. We further warned counsel William Barr that if the brief was not filed by that date, we would order him removed as appellant's attorney and would order the trial court to appoint new counsel to represent appellant in this appeal. To date, Mr. Barr has neither filed appellant's brief nor communicated with the Court regarding the appeal.

Accordingly, we **ORDER** William Barr removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lawrence Mitchell, Presiding Judge, 292nd Judicial District Court, and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     DAVID EVANS
        JUSTICE